**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS HAMPTON, <br><br> Plaintiff, <br><br> vs. <br><br> WASHINGTON MUTUAL BANK; BANK OF AMERICA, N.A.; FIRST AMERICAN TITLE INSURANCE COMPANY; EQUITY ONE, INC. And DOES 1-10, Inclusive, <br><br> Defendants. <br> _____ | Case No.: CV 2:16-cv-00515 DSF (JPRx) <br><br><br><br> JUDGMENT |

The Court having ordered that the First Amended Complaint be dismissed with prejudice against Defendant Bank of America, N.A. per the parties' stipulation, and having ordered that the Second Amended Complaint be dismissed with prejudice against Defendants Washington Mutual Bank, First American Title Insurance Company, and Equity One, Inc.,

1       IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 8/10/16

_____
Dale S. Fischer
United States District Judge

2